# United States Court of Appeals
# for the Federal Circuit

November 8, 2010

**ERRATA**

2010-1069, -1070

JAPAN CASH MACHINE CO., LTD. and
JCM AMERICAN CORP.,
Plaintiffs-Appellants,

v.

MEI, INC.,
Defendant-Cross Appellant.

Appealed from: United States District Court for the District of Nevada in No. 05-CV-1433, Judge Robert C. Jones.

Decided: November 8, 2010
Nonprecedential Opinion

Please make the following change:

Page 1, change "David B. Abel, argued for plaintiffs-appellants" to "Michael D. Rounds".